**FILED**

January 11, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    DT
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>**v.**<br><br><br><br>**(3) JOSHUA WIEBE,**<br><br>**Defendants.** | **Case No: EP:23-CR-00055-FM**<br><br>**S E A L E D<br>I N D I C T M E N T**<br><br>**CT 1:** 18 U.S.C. § 932(b)(1) – Conspiracy to Straw Purchase Firearms;<br><br>**CT 2:** 18 U.S.C. §§ 922(a)(6) & 924(a)(2) - False Statement During Purchase of a Firearm;<br><br>**CT 3:** 18 U.S.C. §§ 2, 922(a)(6), & 924(a)(2) - Aiding and Abetting False Statement During Purchase of a Firearm;<br><br>**CT 4:** 18 U.S.C. §§ 2, 922(a)(6), & 924(a)(2) - Aiding and Abetting False Statement During Purchase of a Firearm;<br><br>**CT 5:** 18 U.S.C. §§ 2 & 932(b)(1) – Aiding and Abetting Straw Purchase of Firearms. |

THE GRAND JURY CHARGES:

**COUNT ONE**
(18 U.S.C. § 932(b)(1))

On or about November 12, 2022, in the Western District of Texas, Defendants,



**(3) JOSHUA WIEBE**

did knowingly combine, confederate, conspire, and agree together to purchase a firearm, to wit: a Del-Ton, model DTI-15, .223 caliber rifle, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of **(3) JOSHUA WIEBE**, knowing and having reasonable cause to believe that **(3) JOSHUA WIEBE** had previously been convicted in any court

of, a crime punishable by imprisonment for a term exceeding on year, in violation of Title 18, United States Code, Section 932(b)(1).

## COUNT TWO
(18 U.S.C. §§ 922(a)(6) & 924(a)(2))

On or about November 12, 2022, in the Western District of Texas, Defendant,

█████████████████████████████████

in connection with the acquisition of firearms, to wit: three (3) Radical Firearms, model RF-15, .223 caliber rifles, and one (1) Del-Ton, model DTI-15, .223 caliber rifle, from FFL #1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL #1, which statement was intended and likely to deceive FFL #1, as to a fact material to the lawfulness of such sale or acquisition of the said firearm to the Defendant under chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
(18 U.S.C. §§ 2, 922(a)(6), & 924(a)(2))

On or about November 12, 2022, in the Western District of Texas, Defendant,

█████████████████████████████████

in connection with the acquisition of firearms, to wit: three (3) Radical Firearms, model RF-15, .223 caliber rifles, and one (1) Del-Ton, model DTI-15, .223 caliber rifle, from FFL #1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly,

2

knowingly aided and abetted a false and fictitious written statement to FFL #1, which statement was intended and likely to deceive FFL #1, as to a fact material to the lawfulness of such sale or acquisition of the said firearm to the Defendant under chapter 44 of Title 18, in that, Defendant instructed ████████████████████████████████ to execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosive Form 4473, Firearms Transaction Record, to the effect that ████████████████████████ was the actual transferee/buyer of the firearm indicated on that Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT FOUR
(18 U.S.C. §§ 2, 922(a)(6), & 924(a)(2))

On or about November 12, 2022, in the Western District of Texas, Defendant,

**(3) JOSHUA WIEBE,**

in connection with the acquisition of firearms, to wit: three (3) Radical Firearms, model RF-15, .223 caliber rifles, and one (1) Del-Ton, model DTI-15, .223 caliber rifle, from FFL #1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly, knowingly aided and abetted a false and fictitious written statement to FFL #1, which statement was intended and likely to deceive FFL #1, as to a fact material to the lawfulness of such sale or acquisition of the said firearm to the Defendant under chapter 44 of Title 18, in that, Defendant instructed ████████████████████████████████ to execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosive Form 4473, Firearms Transaction Record, to the effect that ██████████████████████████████ was the actual transferee/buyer of the firearm indicated on that Form 4473, when in fact as the defendant then

knew, she was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
(18 U.S.C. §§ 2 & 932(b)(1))

On or about November 12, 2022, in the Western District of Texas, Defendant,

████████████████████████████

did knowingly aid and abet the purchase of a firearm, to wit: a Del-Ton, model DTI-15, .223 caliber rifle, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request of **(3) JOSHUA WIEBE**, knowing or having reasonable cause to believe that **(3) JOSHUA WIEBE** had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 932(b)(1).

A TRUE BILL

████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

4